UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEKENDRIA MADISON,** **WENDOLYN LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2270** |
| **AMY WEIRICH, ET AL.** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 civil rights complaint filed by Wendolyn Lee and Lekendria Madison is **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to FED. R. CIV. PROC. 41(b).

New Orleans, Louisiana, this 26th day of October, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE